JS-6

UNITED STATED DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JOSE VILLARREAL**,<br><br>    **Plaintiff,**<br><br>  vs.<br><br>**3M DHL; DHL SUPPLY CHAIN,**<br><br>    **Defendants.** | **CASE NO.: 5:22-cv-01382-SK**<br><br>**ORDER GRANTING STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(2)** |

. **ORDER**

  The Court has reviewed and considered the Joint Stipulation Requesting Voluntary Dismissal with Prejudice Pursuant to Fed. R. Civ. P. 41(a)(2) (the "Stipulation") filed by Plaintiff JOSE VILLARREAL ("Plaintiff") and Defendant EXEL, INC. dba DHL SUPPLY CHAIN (erroneously sued as 3M DHL and DHL SUPPLY CHAIN) ("Defendant") (collectively, the "Parties").

///

///

The Parties' Stipulation requesting dismissal of this entire action with prejudice shall be and hereby is GRANTED. Each party shall bear her or its own fees and costs.

**IT IS SO ORDERED.**

Dated: October 11, 2023

HON. STEVE KIM
U.S. MAGISTRATE JUDGE